**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING AND RECONSIDERATION EN BANC

Appellate case name:     Terri Cox Ferguson  v.  The State of Texas

Appellate case number:   01-14-00247-CR

Trial court case number:  1330035

Trial court:             174th District Court of Harris County

Date motion filed:       July 23, 2015

Party filing motion:     Appellant

     It is ordered that the Motion for Rehearing and En Banc Reconsideration is ☒ **DENIED**
☐ **GRANTED.**

Judge's signature: /s/    Sherry Radack
                  ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: October 1, 2015